UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020
```

Rudy Vladimir Funes Canas,

            Petitioner,

   –v–

Thomas Decker, *et al.*,

            Respondents.

20-cv-6565 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are directed to meet and confer regarding a briefing schedule for Petitioner's Application for Order to Show Cause, Preliminary Injunction, and Temporary Restraining Order filed August 18, 2020. The parties shall file a joint letter with the Court no later than August 19, 2020, with a proposed briefing schedule. If the parties are unable to agree on a proposed briefing schedule, the joint letter shall state the basis for the disagreement and include a proposed briefing schedule from each side.

    SO ORDERED.

Dated: August 18, 2020
       New York, New York

                                                  _____
                                                    ALISON J. NATHAN
                                              United States District Judge